FARMER, J.
 

 As we did in
 
 Ehrlich v. Severson,
 
 985 So.2d 639 (Fla. 4th DCA 2008), with regard to fees of the examining committee, we reverse the award of fees to the attorney for the alleged ward. In this case involving the same involuntary petition to determine competency in which the subject was not found incompetent, any award of fees incurred by counsel appointed to represent the subject must come, if at all, from the petitioner.
 
 See
 
 § 744.331(7)(c), Fla. Stat. (2007) (“If the petition is dismissed, costs and attorney’s fees of the proceeding may be assessed against the petitioner if the court finds the petition to have been filed in bad faith”).
 

 Reversed.
 

 POLEN and GERBER, JJ., concur.